# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 12, 2023**

SEAN F. McAVOY, CLERK

UNITED STATES OF AMERICA,

*Plaintiff*

v.

$10,850.00 U.S. CURRENCY, 2013 MERCEDES MODEL C COUPE,

*Defendant*

Civil Action No. 1:22-cv-3186-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The United States' Motion for Default Judgment and Final Order of Forfeiture (ECF No. 14) is GRANTED. DEFAULT JUDGMENT is entered against the interests of Alicia Ruiz Cervantes, Ernesto Cervantes, and Amanda Riojas as to the Subject Property. The Subject Property (listed below) is hereby forfeited to the United States of America, and no right, title, or interest to the Subject Property shall exist in any other person or entity: $10,850.00 U.S. currency, seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives, on or about June 22, 2022, and 2013 Mercedes Model C Coupe, Washington License Number: CDD1230, VIN: WDDGJ4HBXDF952456.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for Default Judgment and Final Order of Forfeiture.

Date: 10/12/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams